# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL DOCKET NO.: 5:98CR66-13-V

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JEREMY GRANT LAMBERT, ) | |
|     Defendant. ) | |
| _____) | |

**THIS MATTER** comes before the Court on Defendant's Motion For Early Termination Of Supervised Release, filed April 1, 2005. The Government has advised the Court that it opposes Defendant's motion based upon Defendant's conduct while awaiting designation to the Bureau of Prisons, namely, positive drug screens. Notwithstanding any violations prior to Defendant's incarceration, Defendant's record since is exemplary. For the reasons stated in the Defendant's motion, the Court finds that early termination of supervised release is appropriate in this case.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is hereby **GRANTED**. Accordingly, the Defendant's supervised release term is hereby **TERMINATED**, effective immediately.

**IT IS FURTHER ORDERED** that the Clerk of Court mail a copy of this Order to the United States Attorney's Office, Defense Counsel, United States Probation, and the United States Marshal.

**Signed: June 28, 2005**

Richard L. Voorhees
United States District Judge